UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| LESA DALTON, | ) | |
|---|---|---|
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No. 4:10CV01090 AGF |
| | ) | |
| PAINTERS DISTRICT COUNCIL NO. 2, | ) | |
| and JOSEPH BARRETT, | ) | |
| | ) | |
| Defendants. | | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendants' motion for reconsideration of this Court's Memorandum and Order dated April 8, 2011, granting Plaintiff's motion to disqualify Defendants' counsel. Upon review of the record and the standard for granting a motion for reconsideration, this motion shall be denied. The Court duly considered all the facts and relevant law in reaching its decision to grant the motion for disqualification. Having had the opportunity to view the demeanor and assess the credibility of the witnesses, this Court found that Plaintiff, prior to filing the case, sought and received legal advice from Defendants' counsel on matters that form the basis of the present lawsuit. Nothing in Defendants' motion for reconsideration causes the Court to question its prior ruling.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' motion for reconsideration of this

Court's Memorandum and Order granting motion to disqualify Defendants' counsel is **DENIED**. [Doc. #65]

     **IT IS FURTHER ORDERED** that Defendants shall have twenty-one (21) days to obtain new counsel.

                                                                         AUDREY G. FLEISSIG
                                                                         UNITED STATES DISTRICT JUDGE

Dated this 23rd day of May 2011.